# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FOX, JAMES C. | U.S. DISTRICT COURT, NC | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
P.O. BOX 2143
WILMINGTON, NC 28402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 1 |
| 2. | TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 2 |
| 3. | TRUSTEE | FOUNDATION # 1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 2 | A | Dividend | K | T | | | | | |
| 2. - AUTOMATIC DATA PROCESSING INC COMM | | | | | Sold (part) | 12/02/13 | J | A | |
| 3. - MEDTRONIC COMM | | | | | | | | | |
| 4. - MICROSOFT CORP COMM | | | | | | | | | |
| 5. - PFIZER COMM | | | | | | | | | |
| 6. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 7. IRA # 1 | A | Interest | M | T | | | | | |
| 8. - GREENHAVEN CONTINUOUS ET COMMODITY INDEX FD MF | | | | | Sold | 03/30/13 | K | | |
| 9. - ISHARES COMEX GOLD TRUST MF | | | | | Buy (add'l) | 03/30/13 | M | | |
| 10. | | | | | Sold (part) | 12/02/13 | K | B | |
| 11. - I SHARES DOW JONES US OIL & GAS EXPL & PROD INDEX MF | | | | | Sold | 03/20/13 | K | D | |
| 12. - I SHARES SILVER TRUST MF | | | | | Buy (add'l) | 03/20/13 | M | | |
| 13. - POWERSHARES DB COMMODITY INDEX TRACKING FD MF | | | | | Sold | 03/20/13 | L | | |
| 14. - POWERSHARES DB AGRICULTURE FUND MF | | | | | Sold | 03/20/13 | K | | |
| 15. - POWERSHARES DB BASE METALS FUND MF | | | | | Sold | 03/20/13 | K | | |
| 16. - UNITED STATES GASOLINE FUND LP MF | | | | | Sold | 03/20/13 | K | D | |
| 17. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  BROKERAGE # 1 | | | | | | | | | |
| 19.  - COACH INC COMM | B | Dividend | L | T | | | | | |
| 20.  - EATON VANCE CAPITAL EXCHANGE FD MF | E | Dividend | P1 | T | | | | | |
| 21.  - FEDERATED CAPITAL APPRECIATION EXCHANGE MF FUND MF # 2 | E | Distribution | | | Merged (with line 22) | 04/23/13 | M | | |
| 22.  - FEDERATED EQUITY INCM CL A MF | D | Distribution | M | T | Open | 04/23/13 | M | | |
| 23.  - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | K | T | | | | | |
| 24.  BROKERAGE # 2 | | | | | | | | | |
| 25.  - EATON VANCE CAPITAL EXCHANGE FD MF | E | Dividend | P1 | T | | | | | |
| 26.  - FEDERATED CAPITAL APPRECIATION EXCHANGE MF FUND MF # 1 | E | Distribution | | | Merged (with line 27) | 04/23/13 | M | | |
| 27.  - FEDERATED EQUITY INCM CL A MF | D | Distribution | M | T | Open | 04/23/13 | M | | |
| 28.  - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | K | T | | | | | |
| 29.  CHESTNUT STREET EXCHANGE FUND MF # 1 | E | Dividend | O | T | | | | | |
| 30.  INVESCO VAN KAMPEN EXCHANGE FUND MF # 1 | B | Dividend | L | T | | | | | |
| 31.  CHESTNUT STREET EXCHANGE FUND MF # 2 | E | Dividend | O | T | | | | | |
| 32.  INVESCO VAN KAMPEN EXCHANGE FUND MF # 2 | D | Dividend | N | T | | | | | |
| 33.  CITIENERGY LLC | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FOREXCO, INC. | | None | | | Merged (with line 35) | | | | NOTE D |
| 35. AMERICAN ENERGY INCOME FUND LLC | | None | J | T | | | | | |
| 36. TRUST # 1 | E | Dividend | O | T | | | | | NOTE A |
| 37. - AIM GRWTH SER INVESCO GRWTH SER MF | | | | | Buy | 06/06/13 | K | | |
| 38. | | | | | Sold (part) | 10/02/13 | J | A | |
| 39. - CALAMOS MARKET NEUTRAL MF | | | | | | | | | |
| 40. - DODGE & COX INCOME FUND MF | | | | | | | | | |
| 41. - DODGE & COX INTERNATIONAL MF | | | | | Sold (part) | 03/15/13 | J | D | |
| 42. | | | | | Sold (part) | 10/02/13 | J | C | |
| 43. - EXXON MOBILE CORP COMM | | | | | | | | | |
| 44. - FEDERATED TREASURY OBLIGATIONS FD M/M | | | | | Sold | 01/10/13 | K | | |
| 45. - ING REAL ESTATE FUND MF | | | | | Sold (part) | 03/15/13 | J | D | |
| 46. | | | | | Sold (part) | 06/19/13 | J | C | |
| 47. | | | | | Sold (part) | 10/02/13 | J | D | |
| 48. - HEARTLAND VALUE PLUS INST MF | | | | | Sold (part) | 10/02/13 | J | A | |
| 49. - ISHARES TR RUSSELL 2000 GRWTH INDEX FUND MF | | | | | Buy | 05/22/13 | K | | |
| 50. | | | | | Sold (part) | 10/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.    - JANIS PERKINS MID CAP VALUE MF | | | | | Sold | 05/20/13 | K | B | |
| 52.    - JP MORGAN MC VALUE INSTL MF | | | | | Buy | 05/20/13 | K | | |
| 53. | | | | | Sold (part) | 10/02/13 | J | A | |
| 54.    - LOOMIS SAYLES BOND FUND MF | | | | | Sold | 06/05/13 | J | B | |
| 55.    - MATTHEWS ASIA PACIFIC DIVIDEND FD MF | | | | | Sold (part) | 03/15/13 | J | C | |
| 56. | | | | | Sold (part) | 10/02/13 | J | B | |
| 57.    - OPPENHEIMER DEVELOPING MARKETS FUNDS CL Y MF | | | | | | | | | |
| 58.    - OPPENHEIMER SR FLOATING RATE FD CL Y MF | | | | | Buy | 06/06/13 | K | | |
| 59.    - PIMCO EMERGING MARKETS BOND FUND MF | | | | | | | | | |
| 60.    - PIMCO HIGH YIELD FUND MF | | | | | | | | | |
| 61.    - PIMCO LOW DURATION FUND MF | | | | | | | | | |
| 62.    - PRUDENTIAL JENNISON MID CAP GROWTH FD INC CL Z MF | | | | | Sold (part) | 10/02/13 | J | A | |
| 63.    - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | | | | | |
| 64.    - RS GLOBAL NATURAL RESOURCES FUND MF | | | | | | | | | |
| 65.    - SCHRODER US OPPORTUNITY FD MF | | | | | Sold | 05/20/13 | K | B | |
| 66.    - VANGUARD SHORT TERM BOND INDEX FUND MF | | | | | | | | | |
| 67.    - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | Sold (part) | 06/05/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 10/02/13 | J | C | |
| 69. - WELLS FARGO FDS TR LC GROWTH FDINSTL MF | | | | | Sold (part) | 06/05/13 | K | B | |
| 70. | | | | | Sold (part) | 10/02/13 | J | D | |
| 71. TRUST # 2 | E | Dividend | O | T | | | | | NOTE B |
| 72. - AIM GRWTH SER INVESCO GRWTH SER MF | | | | | Buy | 06/06/13 | K | | |
| 73. - CALAMOS MARKET NEUTRAL MF | | | | | | | | | |
| 74. - COLUMBIA INCOME FUND MF | | | | | | | | | |
| 75. - DODGE & COX INTNL FUND MF | | | | | Sold (part) | 10/02/13 | J | C | |
| 76. - FEDERATED TREASURY OBLIGATIONS FD M/M | | | | | Sold | 01/10/13 | K | | |
| 77. - HARBOR CAPITAL APPRECIATION FD MF | | | | | Sold (part) | 06/05/13 | J | A | |
| 78. - HEARTLAND VALUE PLUS INST MF | | | | | | | | | |
| 79. - ING INTNL REAL ESTATE FD MF | | | | | | | | | |
| 80. - ISHARES TR RUSSELL 2000 GRWTH INDES MF | | | | | Buy | 05/22/13 | K | | |
| 81. - JANUS MID CAP VALUE FD MF | | | | | Sold | 05/20/13 | K | E | |
| 82. - JP MORGAN MC VALUE INSTL MF | | | | | Buy | 05/20/13 | K | | |
| 83. | | | | | Sold (part) | 10/02/13 | J | A | |
| 84. - MATTHEWS ASIA PACIFIC DIVIDEND FD | | | | | Sold (part) | 10/02/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. - NUVEEN FLAGSHIP NC MUNI BOND FD MF | | | | | | | | | |
| 86. - OPPENHEIMER DEVELOPING MKTS FDS CL Y MF | | | | | | | | | |
| 87. - OPPENHEIMER SR FLOATING RATE FD CL Y MF | | | | | Buy | 06/06/13 | K | | |
| 88. - PARNASSUS EQUITY INCOME FUND MF | | | | | Sold (part) | 06/05/13 | J | B | |
| 89. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | | | | | |
| 90. - PIMCO LOW DURATION FUND MF | | | | | | | | | |
| 91. - PRUDENTIAL JENNISON MID CAP GROETH FD INC CL Z MF | | | | | Sold (part) | 10/02/13 | J | B | |
| 92. - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | | | | | |
| 93. - RS GLOBAL NATURAL RESOURCES FUND MF | | | | | | | | | |
| 94. - SCHRODER US OPPORTUNITY FD MF | | | | | Sold | 05/20/13 | K | C | |
| 95. - T ROWE PRICE REAL ESTATE FD MF | | | | | Sold (part) | 10/02/13 | J | D | |
| 96. - VANGUARD SHORT TERM BOND INDEX FUND MF | | | | | Sold | 06/15/13 | K | | |
| 97. - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | Sold (part) | 06/05/13 | K | B | |
| 98. FOUNDATION # 1 | E | Dividend | O | T | | | | | NOTE C |
| 99. - AT&T INC COMM | | | | | | | | | |
| 100. - ABBOTT LABORATORIES COMM | | | | | | | | | |
| 101. - ABBVIE INC COMM | | | | | Spinoff (from line 100) | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - BAXTER INTERNATIONAL INC COMM | | | | | | | | | |
| 103. - BB&T CORP COMM | | | | | | | | | |
| 104. - BP AMOCO COMM | | | | | | | | | |
| 105. - CHEVRON CORPORATION COMM | | | | | | | | | |
| 106. - DUKE ENERGY CORP NEW COMM | | | | | | | | | |
| 107. - EXXON MOBIL CORP COMM | | | | | | | | | |
| 108. - INTEL CORP COMM | | | | | | | | | |
| 109. - ISHARES SILVER TRUST COMM | | | | | Buy | 02/05/13 | J | | |
| 110. - JOHNSON & JOHNSON COMM | | | | | | | | | |
| 111. - JOHNSON CONTROLS INC COMM | | | | | Sold | 02/01/13 | J | B | |
| 112. - MCDONALDS CORP COMM | | | | | | | | | |
| 113. - NUVEEN MULTI-STRATEGY INCOME & GRTH FUND MF | | | | | | | | | |
| 114. - PFIZER INC COMM | | | | | | | | | |
| 115. - PIEDMONT NATURAL GAS COMM | | | | | | | | | |
| 116. - SCANNA CORP COMM | | | | | | | | | |
| 117. - SPECTRA ENERGY CORP COMM | | | | | | | | | |
| 118. - VERIZON COMMUNICATIONS COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.   - WELLS FARGO CO COMM | | | | | | | | | |
| 120.   - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE A - Under the distributive provisions of the Tust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of the Tust # 2, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated for charitable, religious, scientific and educational purposes. The assets of the trust approximated $565,181 at December 31, 2013.

NOTE D - Forexco, Inc.was reorganized to become American Energy Income Fund LLC on 07/01/12.

NOTE E - Abbreviations used in the descriptions of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES C. FOX**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544